UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/23/2020___

UNITED STATES OF AMERICA,

       -against-

Robert Simmons,

        Defendant.

-----------------------------------------------------X

1: 08-CR-01280 - 1 (VEC)
  16-CV-2055

ORDER

Valerie E. Caproni, United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to include: (1) drug testing &

treatment as directed by Pretrial Services; and (2) mental health evaluation & treatment as directed

by Pretrial Services.       It is furthered ORDERED that Pretrial Services must submit a
status report to the Court no later than **June 15, 2020**.

Dated: New York, New York
     March 23 , 2020

SO ORDERED:

_____ 3/23/2020
      Valerie E. Caproni
     United States District Judge