**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020

November 24, 2020

**BY EMAIL AND ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.  The Court adopts Defendant's proposed schedule.  The parties must appear for resentencing on **January 28, 2021, at 2:00 p.m.**

SO ORDERED.

*Valerie Caproni*
11/24/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

RE:   <u>**United States v. Robert Simmons**</u>
      **08 Cr. 1280 (VEC)**

Dear Judge Caproni:

    I write on behalf of my client, Robert Simmons, with the consent of the Government, to respectfully request a two week adjournment of the scheduled dates in the above-referenced case.

    The Court ordered the defense to submit by November 30 briefing regarding theories of relief to which Mr. Simmons may be entitled given the four-plus years he has spent on pretrial supervision.  We need additional time to complete this briefing and gather supporting information.  The Court also urged the parties to resume discussions regarding a disposition of this case and we would like additional time to pursue these discussions.

    The new schedule would be:  Defense briefing due December 14; Government response due December 29; Sentencing submissions due January 14. We would ask the Court to schedule sentencing date for some time after January 14 that is convenient for the Court.

    The government consents to this request and to the new dates.

    Thank you for your time and consideration of this matter.

Respectfully submitted,
        /s/
Peggy Cross-Goldenberg
Supervising Trial Attorney
Federal Defenders of New York
646-588-8323
Peggy_cross-goldenberg@fd.org

Cc:  AUSA Peter Davis