**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2021

February 18, 2021

**BY EMAIL AND ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:** <u>United States v. Simmons</u>, 08 Cr. 1280 (VEC)

Dear Judge Caproni:

    I write on behalf of my client, Robert Simmons, with the consent of the Government, to respectfully request an adjournment of the scheduled dates in the above-referenced case.

    As the Court has directed, the parties have been in discussions regarding a possible disposition of this matter. The parties have made progress toward a disposition and request an additional adjournment to finalize our discussions.

    The new schedule would be: Defense briefing due March 9, 2021; Government response March 23; Sentencing submissions due April 6. We would ask the Court to schedule a sentencing date for a time after April 6 that is convenient for the Court. The government consents to this request.

    Thank you for your time and consideration of this matter.

Cc: AUSA Peter Davis

Respectfully submitted,
/s/
Peggy Cross-Goldenberg
Supervising Trial Attorney
Federal Defenders of New York
646-588-8323
Peggy_cross-goldenberg@fd.org

Defendant's time to submit briefing is adjourned to **April 1, 2021**. The Government's response is due **April 15, 2021**. Sentencing submissions are due **May 3, 2021**. Sentencing is scheduled for **May 18, 2021, at 11:00 a.m.** The Court is unlikely to grant any further extensions, so the parties are strongly encouraged to reach a resolution before the new deadline of April 1, 2021.

SO ORDERED.

*[signature]* 2/18/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE