```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
            :
UNITED STATES OF AMERICA,      :
            :
        -against-           :          08-CR-1280 (VEC)
            :
ROBERT SIMMONS,            :          ORDER
            :
                Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court scheduled a plea hearing for April 15, 2021, at 3:30 p.m., Dkt. 117; and

WHEREAS the parties reported a conflict with this time;

IT IS HEREBY ORDERED that the plea hearing is rescheduled for **April 6, 2021, at 3:30 p.m.**, in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

**SO ORDERED.**

Date:  March 30, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**