```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
              -against-                                        :      08-CR-1280 (VEC)
                                                               :
ROBERT SIMMONS,                                                :      ORDER
                                                               :
                             Defendant.                        :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 6, 2021, Defendant pled guilty to a superseding information;

IT IS HEREBY ORDERED that a sentencing is scheduled for **May 18, 2021, at 11:00 a.m.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

IT IS FURTHER ORDERED that sentencing submissions from both parties are due not later than **May 10, 2021**.

IT IS FURTHER ORDERED that not later than **May 3, 2021**, in lieu of a Presentence Investigation Report, Pretrial Services must prepare and submit a brief report concerning Mr. Simmons' behavior since 2016 during his period of release pending resentencing. The report must specifically address Mr. Simmons' drug use and treatment.

**SO ORDERED.**

*(signature)*

Date:  April 6, 2021                                        VALERIE CAPRONI
       New York, NY                                         United States District Judge